UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TRANSIT INSURANCE COMPANY,<br><br>                                        Plaintiff,<br><br>-against-<br><br>ALL CITY FAMILY HEALTHCARE CENTER INC., ET AL.,<br><br>                                        Defendants. | 24-cv-8606 (JRC)<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff American Transit Insurance Company ("Plaintiff"), and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed solely as against Defendants All City Family Healthcare Center Inc., Bronx SC, LLC d/b/a Empire State Ambulatory Surgery Center, Fifth Avenue Surgery Center, LLC f/k/a Fifth Avenue ASC Acquisition, LLC, Manalapan Surgery Center, Inc. f/k/a Manalapan Surgery Center, P.A., New Horizon Surgical Center LLC, NYEEQASC, LLC d/b/a North Queens Surgical Center, Rockaways ASC Development, LLC, Rockland and Bergen Surgery Center LLC, Surgicore of Jersey City LLC, Surgicore, LLC a/k/a Surgicore Surgical Center, Anthony Degradi, Wayne Hatami, Feliks Kogan, Leonid Tylman a/k/a Lenny Tilman, Surgicore Management Inc, Surgicore Management NY LLC, John Aljian, MD, Alexander Cocoziello, DO, Peter Menger, MD, Ravi Naik, MD, Anthony Pacia, MD, Merwin Richard, MD, Stuart Springer, MD, Marina Aminova, Melissa Finnegan, Leticia M. Langarita-Hoyle, MSN-AGNP-C, Paola Lopez, Yanin Lucero, Monique Morris a/k/a Monique DeMartino a/k/a Monique Kilroy, Amaury Romero a/k/a Amaury Sanchez, Tami Santora, Lana Young, Ilana Poch-Zybin, Mark Bursztyn, M.D., Gennadiy Shamalov, P.A., AEH Healthcare Management Consulting LLC, ASC Investment Services LLC, ASAR Healthcare LLC, AS Med Invest LLC, BDP Ventures Inc, BDP Ventures LLC, Boost HS LLC, Conte De Fees Inc., Fiaba LLC, 50 Franklin Ln Realty LLC,

FIWA 1049 Realty, LLC, FLBD Management LLC, Four D Investments Inc, Four D Investments LLC, HDS Investments, LLC, Kostanian Consulting Associates Inc., Main Street Medical Management Inc., Mega Group Solution Inc., MEDA Management, LLC, MEH Investments Inc, Midtown 305 Realty, LLC, MK Med Invest LLC, Ortuz LLC, Redy Ventures LLC, SignMe, LLC, SJ2 Ventures, LLC, Surgicore 5th Avenue LLC, Surgicore RBSC, LLC, YCentury LLC, Jonathan Arredondo-Calle, Amanda Chavez, Kristen Degradi a/k/a Kristen Laird, Sergey Denevich, Mary Hatami, Jacob Katanov, Svetlana Katanov, Marina Keyserman, Beata Kogan, Arthur Kostanian, Sharen Pyatetskaya, Maribel Ramirez a/k/a Maribel Romero a/k/a Maribel Ramirez-Pimienta a/k/a Maribel Pimienta, Alla Revutsky, Albert Shakarov, Roza Yadgarov, and Yura Yaguda.

Dated: New York, New York
      February 13, 2025

                                    **MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**

                                    By: /s/ Lee Pinzow
                                        Robert A. Stern, Esq.
                                        James A. McKenney, Esq.
                                        Kristy R. Eagan, Esq.
                                        Lee Pinzow, Esq.
                                        Wall Street Plaza
                                        100 Wall Street, Suite 700
                                        New York, New York 10005
                                        *Counsel for Plaintiff American Transit Insurance Company*